2/20/15

Dear Judge Browns

I am writing this letter to request my unclaim money that is sitting in the Bankruptcy Court Clerk's Account. The amount of $1,904.44.

Thank You

Betty Bell Moore

Ms. Betty Bell Moore
607 Hunterdon St.
Newark NJ 07108
973-652-2133

Case 04-11597 NLW